UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXA ROSE GARBER,<br><br>      Plaintiff,<br><br>   -against-<br><br>ALISON TAYLOR BURKE,<br><br>      Defendant. | 22-CV-2967 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued June 27, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 27, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge